**Electronically Filed
Supreme Court
SCAD-19-0000355
18-OCT-2019
11:11 AM**

SCAD-19-0000355

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

CHRISTOPHER S.B. WOO,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 18-0220)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the April 23, 2019 petition to suspend Respondent Christopher S.B. Woo from the practice of law, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawai'i (RSCH), filed by the Office of Disciplinary Counsel (ODC), this court's May 6, 2019 order to show cause, the May 24, 2019 response filed by Respondent Woo, the May 29, 2019 reply from ODC, the September 13, 2019 status report filed by ODC, and the record in this matter, we conclude that the record demonstrates that Respondent Woo has failed to cooperate with ODC's lawful inquiries into allegations of misconduct committed

by him, warranting his immediate suspension from the practice of law, pursuant to RSCH Rule 2.12A(a).  Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.12A, Respondent Woo is suspended from the practice of law.  This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Woo shall constitute a suspension for purposes of RSCH Rule 2.16.  The Disciplinary Board of the Hawaiʻi Supreme Court and Respondent Woo shall therefore comply with the relevant requirements of that Rule.

IT IS FURTHER ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges, pursuant to RSCH Rule 2.16(f).  Distribution may be by electronic mail.

DATED:  Honolulu, Hawaiʻi, October 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2